DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL L. WILKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1223

[August 15, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 11-000740CF10A.

Michael L. Wilkes, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***